UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 23-12817-RGS

THOMAS LARSON

v.

NAPIER

ORDER

November 21, 2023

STEARNS, D.J.

*Pro se* litigant Thomas Larson, who is a pretrial confined at FMC Devens, has filed a petition under 28 U.S.C. § 2241, Dkt #1, in which he asks that criminal charges against him pending in the United States District Court for the District of Montana, *see United States v. Larson*, Crim. No. 22-cr-00079 (D. Mont.), be dismissed.  According to Larson, his continued detention is in violation of 18 U.S.C. § 4241(d), which provides that, where a defendant is found to be incompetent to stand trial, the Attorney General "shall hospitalize the defendant for treatment in a suitable facility – (1) for a reasonable period of time, not to exceed four months," to determine whether he can be restored to competency.  18 U.S.C. § 4241(d)(1).  Larson represents that he has been committed under this statute for more than four months.

The court DENIES the petition without prejudice. Whether Larson's detention contravenes 18 U.S.C. § 4241(d)(1) is a matter for the judicial officer pending over the criminal action, rather than for this court. *See, e.g., Reese v. Warden Philadelphia FDC*, 904 F.3d 244, 246 (3d Cir. 2018) (stating that "[i]t is well settled that in the absence of exceptional circumstances in criminal cases the regular judicial procedure should be followed and habeas corpus should not be granted in advance of a trial" (quoting *Jones v. Perkins*, 245 U.S. 390, 391 (1918))); *Whitmer v. Levi*, 276 Fed. App'x 217, 219 (3d Cir. 2008) (per curiam) (finding that petitioner's "claims relating to pending criminal charges should have been raised in his criminal case, not a habeas petition under 28 U.S.C. § 2241"); *Garey v. Fed. Det. Ctr.*, 180 Fed. App'x 118, 121 (11th Cir. 2006) (per curiam) (affirming dismissal of § 2241 petition because petitioner's claims "should have been raised in his pending criminal case").

Accordingly, the court DENIES the petition and DISMISSES this action.

**SO ORDERED.**

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE